William N. Camp and Clarence Camp, copartners as Camp
  Phosphate Company, Plaintiffs in Error, v. Achille
  Laurent and Carl Thalheim, copartners as the Franco-
  American Phosphate Company, Defendants in Error.

*In Banc.*

Writ of error to Circuit Court, Marion county; Wil-
liam A. Hocker, Judge.

O. T. Green and Anderson & Hocker for plaintiffs in
error.

⋅ John G. Reardon for defendants in error.

*Per Curiam.*—Upon rehearing, a difference of opinion
among the members of Division B, to which the case had
been referred for disposition, necessitated its consideration
by the whole court. A majority of the court are of the
opinion that the finding of the referee is not supported by
the evidence, and for this reason the judgment is reversed
and a new trial ordered.

TAYLOR, C. J., and SHACKLEFORD, HOCKER and MAX-
WELL, JJ., concur.

CARTER and COCKRELL, JJ., dissent.